# Court of Appeals
# of the State of Georgia

ATLANTA,  March 24, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1518. MICHAEL GRIMES v. CANOPY DEVELOPMENT GROUP, LLC.**

This case began as a dispossessory proceeding in magistrate court. The magistrate court ruled that the landlord, Canopy Development Group, LLC, was entitled to a writ of possession, and tenant Michael Grimes appealed to the superior court. On July 23, 2019, the superior court dismissed the action, and Grimes appealed on October 16, 2019.[1] We lack jurisdiction for two reasons.

First, appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Grimes's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal.

Second, while under OCGA § 5-6-38 (a), a notice of appeal generally must be filed within 30 days of entry of the order sought to be appealed, under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. Id. at 523. Grimes's notice

---

[1] Grimes filed his notice of appeal to the Georgia Supreme Court, which transferred the case to this Court, finding no basis for its jurisdiction. See Case No. S20A0753 (Feb. 10, 2020).

of appeal, filed 85 days after the superior court's order dismissing the case, is untimely under OCGA § 44-7-56.

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/24/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*